IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02792-CMA-BNB

CHRISTINA WILKINSON,

Plaintiff,

v.

STRYKER CORPORATION, a Michigan corporation, and
STRYKER SALES CORPORATION, a Michigan corporation,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Vacate Settlement Conference** [docket no. 32, filed June 30, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Settlement Conference set for **July 13, 2011**, is **VACATED**.  The parties are to contact Chambers at a later date if and when they choose to reset this matter for a Settlement Conference.


DATED:  June 30, 2011